FILED

02/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0361

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0361

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                                    O R D E R

MAUREEN THERESE DOUBEK,

     Defendant and Appellant.

_____

     Pursuant to Appellant's motion for extension of time to file the reply brief and good cause appearing,

     IT IS HEREBY ORDERED that Appellant has been given an extension of time until March 15, 2023, to prepare, file, and serve the reply brief.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 16 2023